**Order entered May 5, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01180-CV

### IN THE INTEREST OF M.A.A., A CHILD

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 01-09-843**

## ORDER

We **GRANT** appellant's May 1, 2015 motion for an extension of time to file an amended

brief.  Appellant shall file an amended brief by **MONDAY, JUNE 8, 2015**.


/s/    ELIZABETH LANG-MIERS
          JUSTICE